JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO ARROYO PEREZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | CASE NO.  CV 10-01083 MMM (OPx)<br><br>JUDGMENT |

On February 5, 2010, plaintiff filed a motion for return of property pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure. On September 29, 2010, the court issued an order denying plaintiff's motion, but setting aside the government's declaration of forfeiture. Accordingly,

IT IS ORDERED AND ADJUDGED

　　1.　　That the United States government's declaration forfeiting that the $462 plaintiff had on his person at the time of his arrest is set aside without prejudice to the government's right to commence a subsequent forfeiture

1 proceeding.

2     2. That plaintiff's motion for return of property is denied without prejudice.

4 DATED: September 28, 2010

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE